JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. SAMUELS, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant | CASE NO. 2:19-cv-07447-SHK <br><br> [PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $$2,226.33 in attorney's fees, as well as reimbursement of the $400.00 filing fee, for a total of $2,626.33, subject to the terms of the stipulation.

Dated:   May 12, 2020

_____
HON. SHASHI H. KEWALRAMANI,
U.S. Magistrate Judge